**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS QUIZHPE,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY DETENTION CENTER,<br><br>Respondent. | No. 1:26-cv-2578 JLT SAB (HC)<br><br>A-Number: 226-028-302<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS AS MOOT, DENYING RESPONDENTS' MOTION TO DISSOLVE AND MOTION TO DISMISS AS MOOT, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Docs. 1, 8, 12, 14) |

Luis Quizhpe is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. After Petitioner agreed to voluntary departure, the magistrate judge issued Findings and Recommendations that the petition for writ of habeas corpus be dismissed, and Respondents' motion to dissolve and motion to dismiss be denied as moot. (Doc. 14.)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due in 14 days. (Doc. 14 at 5.) The Court advised the parties that "failure to file objections within the specified time may waive the right to appeal the District Court's order." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) On July 24, 2026, Respondents filed a statement of non-objection to the findings and recommendations. (Doc. 15.)

The Court's mail to Petitioner was returned as undeliverable on August 21, 2026.[1]

According to 28 U.S.C. § 636(b)(1), the Court performed a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 24, 2026 (Doc. 14) are **ADOPTED** in full.
2. The petition for writ of habeas corpus is **DISMISSED** as moot.
3. Respondents' motion to dissolve (Doc. 8) and motion to dismiss (Doc. 12) are **DENIED** as moot.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 17, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

[1] Absent notice of a party's change of address, service of documents at the prior address of the party is fully effective. Local Rule 182(f). The findings and recommendations were mailed to Petitioner at the California City Detention Facility twice and returned twice. A search of the ICE Online Detainee Locator System using Petitioner's A-number reflects that Petitioner is detained at the California City Detention Facility. See ICE Online Detainee Locator System, https://locator.ice.gov/odls/#/search (last visited Aug. 25, 2026).